**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Ivan Lamont Sleet,  Civil No. 19-834 (DWF/TNL)

    Petitioner,

v.  **ORDER ADOPTING REPORT
AND RECOMMENDATION**

R. Marques, Warden,

    Respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated July 19, 2019. (Doc. No. 11.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Leung's July 19, 2019 Report and Recommendation (Doc. No. [11]) is **ADOPTED**.

2. Petitioner's Petition for a Writ of Habeas Corpus (Doc. No. [1]) is **DENIED**.

3. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 20, 2019    <u>s/Donovan W. Frank</u>
                             DONOVAN W. FRANK
                             United States District Judge